IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY JAMES WIMBERLY,

    Plaintiff,

vs.                                              CASE NO. 5:10cv301/RS-MD

NORTHWEST FLORIDA RECEPTION
CENTER ANNEX; HOLMES
CORRECTIONAL INSTITUTION;
FLORIDA DEPARTMENT OF CORRECTION;
M. E. VARNUM; and WARDEN, NORTHWEST
FLORIDA RECEPTION CENTER ANNEX;

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Plaintiff's Motion For Reconcideration [Sic] (Doc. 25). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim because of Plaintiff's failure to exhaust his administrative remedies.

3. Plaintiff's Motion For Appointment Of Counsel (Doc. 3) is **denied**.

4. Plaintiff's Motion For Injunctive Relief (Doc. 4) is **denied**.

5. Plaintiff's Motion For Emergency Order (Doc. 5) is **denied**.

6. The clerk is directed to close the file.

**ORDERED** on January 28, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**